**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20232-BLOOM/Elfenbein**

VICTOR E. CASTILLO-PANTOJAS,

     Plaintiff,

v.

FRANK J. BISIGNANO,

     Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon Judge Elfenbein's Report and Recommendation ("R&R"), ECF No. [7]. As pointed out in the R&R, pursuant to administrative order 2024-10, Judge Elfenbein was assigned as the presiding judge for all purposes, including entering dispositive orders, presiding over any trial, and entering a final judgment. ECF No. [7] at 1 n.1. Because the Defendant had not yet entered an appearance in the case and so cannot be deemed to have consented to Magistrate Judge jurisdiction, the case was transferred to this Court. ECF No. [9]. The R&R recommends the case be dismissed without prejudice as the Plaintiff has already had two opportunities to pay the required filing fee, was warned twice that his failure to do so may result in dismissal, and Plaintiff's continued failure to comply has caused delay in the case.

The R&R further advised the parties they had "fourteen (14) days from the date of being served with a copy of th[e] Report and Recommendation within which to file written objections, if any, with the assigned United States District Judge." *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Elfenbein's R&R, the record, and is otherwise fully advised

Case No. 26-cv-20232-BLOOM/Elfenbein

in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Elfenbein's R&R to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Complaint is dismissed without prejudice.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [7]**, is **ADOPTED**.

2. Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida, on April 23, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

2